**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

| | |
|---|---|
| JUDY YEE,<br>    Plaintiff,<br><br>  vs.<br><br>VERIZON DIGITAL MEDIA SERVICES, INC., a California Corporation, and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company; EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC.; an Ohio corporation; and TRANS UNION, LLC, a Delaware Limited Liability Company;<br>    Defendants. | CASE NO. 2:19-cv-00203-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Judy Yee ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: June 10, 2019

*/s/ SaraEllen Hutchison (w/consent)*
SaraEllen Hutchison, Esq.

*Counsel for Judy Yee*

---

**STIPULATION AND ORDER OF DISMISSAL - 1**
2:19-cv-00203-RSM

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2257 FAX

| | |
|---|---|
| Date: June 10, 2019 | */s/ J. Robert Weyreter*<br>J. Robert Weyreter, Esq.<br>  (Admitted *Pro Hac Vice*)<br><br>*Lead Counsel for Defendant Trans Union, LLC*<br><br><br>Benjamin I. VandenBerghe, Esq.<br>  WA State Bar No. 35477<br>Christopher M. Reed, Esq.<br><br>*Local Counsel for Defendant Trans Union, LLC* |

**IT IS SO ORDERED** this 21st day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL - 2**
2:19-cv-00203-RSM

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
(317) 363-2400 TEL
(317) 363-2257 FAX