**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| JUDY YEE,<br><br>  Plaintiff,<br><br>  v.<br><br>VERIZON DIGITAL MEDIA SERVICES, INC., a California Corporation, and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company, VERIZON NEW YORK INC., a New York Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>  Defendants. | NO. 2:19-cv-00203-RSM<br><br>STIPULATION TO DISMISS VERIZON DIGITAL MEDIA SERVICES, INC. |

Plaintiff, by counsel, and Defendant VERIZON DIGITAL MEDIA SERVICES, INC., by counsel, hereby stipulate and agree that that Plaintiffs' cause of action against VERIZON DIGITAL MEDIA SERVICES, INC., only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Date: 8/1/19            S//SaraEllen Hutchison_____
                         SARAELLEN HUTCHISON (WSBA #36137)
                         LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
                         539 Broadway

STIPULATION AND ORDER OF DISMISSAL –
VERIZON DIGITAL MEDIA SERVICES
(2:19-CV-00203-RSM) - 1

**Law Office of SaraEllen Hutchison, PLLC**
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Tacoma, WA 98402 |
| 4 | Telephone: (206) 529-5195 |
|   | Facsimile: (253) 302-8486 |
| 5 | Email: saraellen@saraellenhutchison.com |
| 6 | |
| 7 | *Attorney for Plaintiff* |

DATE: 8/1/19

S//Donald G. Grant
Donald G. Grant (WSBA#15480)
Donald G. Grant, P.S.
1700 Main Street, Suite 245
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

S//Lisa M. Lawrence-Hughes
Lisa M. Lawrence-Hughes (Cal. #240375, *pro hac vice*)
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
llawrence@yumollp.com
BGOODMAN@yumollp.com

*Attorneys for Verizon Defendants*

IT IS SO ORDERED.

DATED: August 5, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL –
VERIZON DIGITAL MEDIA SERVICES
(2:19-CV-00203-RSM) - 2

**Law Office of SaraEllen Hutchison, PLLC**
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com