UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDY YEE,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON DIGITAL MEDIA SERVICES, INC., a California Corporation, and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation and TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:19-cv-00203-RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

On August 2, 2019, Plaintiff Judy Yee ("Plaintiff") filed Plaintiff's First Amended Complaint in this matter. In accordance with Local Rule 7(j), Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have agreed to extend the time for Experian to answer or otherwise respond to Plaintiff's First Amended Complaint to August 30, 2019.

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S FIRST AMENDED
COMPLAINT

- 1 -

1     Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff and Experian, that the deadline for Experian to answer or otherwise respond to the Complaint is extended until August 30, 2019.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 16, 2019            Respectfully submitted,

JONES DAY

By: s/ *Bao Pham*
    Bao Pham CASBA No. 322899
    *Admitted Pro Hac Vice*
    3161 Michelson Drive, Ste. 800
    Irvine, California 92612
    Telephone: 949.851.3939
    Email: bpham@jonesday.com

    Rachel D. Groshong, WSBA No. 47021
    600 University Street, Suite 3600
    Seattle, WA 98101
    Telephone: 206.386.7545
    rachel.groshong@stoel.com

Attorneys for Defendant Experian Information Solutions, Inc.

Dated: August 16, 2019

*/s/ SaraEllen Hutchison*
SaraEllen Hutchison (WSBA #36137)
539 Broadway
Tacoma, WA 98402
Telephone: 206-529-5195
Facsimile: 253-302-8486
Email: saraellen@saraellenhutchison.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

IT IS SO ORDERED.

DATED this 16th day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S FIRST AMENDED
COMPLAINT

- 3 -