# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JUDY YEE,<br>　　　　　Plaintiff,<br>　　v.<br>VERIZON NEW YORK INC., a New York Corporation, VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br>　　　　　Defendants. | NO. 2:19-cv-00203-RSM<br><br>STIPULATION AND ORDER TO DISMISS EQUIFAX INFORMATION SERVICES, LLC |

Plaintiff, by counsel, and Defendant EQUIFAX INFORMATION SERVICES, LLC, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that that Plaintiffs' cause of action against EQUIFAX INFORMATION SERVICES, LLC, only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Date: 10/11/19　　　　　　　S//SaraEllen Hutchison
　　　　　　　　　　　　　　SARAELLEN HUTCHISON (WSBA #36137)
　　　　　　　　　　　　　　LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
　　　　　　　　　　　　　　539 Broadway

STIPULATION AND ORDER OF DISMISSAL –
EQUIFAX INFORMATION SERVICES, LLC
(2:19-CV-00203-RSM) - 1

**Law Office of SaraEllen Hutchison, PLLC**
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com

Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*

Date: 10/11/19

S//Jeffrey Edelson
Jeffrey Edelson (WSBA #37361)
MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
Email:jeffedelson@mhgm.com;
JeffEdelson@markowitzherbold.com

*Attorney for Defendant Equifax Information Services LLC*

IT IS SO ORDERED.

DATED: October 16, 2019

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL –
EQUIFAX INFORMATION SERVICES, LLC
(2:19-CV-00203-RSM) - 2

**Law Office of SaraEllen Hutchison, PLLC**
539 Broadway | Tacoma, WA 98402
Ph: (206) 529-5195 | Fax: (253) 302-8486
saraellen@saraellenhutchison.com