UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDY YEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON NEW YORK, INC., a California Corporation, and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>Defendants. | Case No.: C19-203 RSM<br><br>ORDER RE JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF, TRIAL AND ALL REMAINING PRE-TRIAL DEADLINES |

The Court, having reviewed the JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF, TRIAL AND ALL REMAINING PRE-TRIAL DEADLINES (the "Stipulation") and finding that good cause appears therefor, approves the Stipulation and orders as follows:

The discovery cutoff, trial and all remaining pre-trial deadlines are continued, as follows:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | Nov. 8, 2019 | Jan. 7, 2020 |
| Discovery completed by | Dec. 9, 2019 | Feb. 7, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | Jan. 7, 2020 | Mar. 7, 2020 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | Feb. 21, 2020 | Apr. 21, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | Mar. 9, 2020 | May 8, 2020 |
| Agreed pretrial order due | Mar. 5, 2020 | May 25, 2020 |

ORDER RE JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF, TRIAL AND ALL REMAINING PRE-TRIAL DEADLINES

2

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | Apr. 1, 2020 | June 1, 2020 |
| Jury trial date | Apr. 6, 2020 | June 8, 2020 |

IT IS SO ORDERED this 25th day of October 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF, TRIAL AND ALL REMAINING PRE-TRIAL DEADLINES

3