# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JUDY YEE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VERIZON NEW YORK, INC., a California Corporation, and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>Defendants. | Case No.: 2:19-cv-00203-RSM<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE** |

## STIPULATED MOTION TO EXEND DEADLINE

JOINT STIPULATION AND ORDER TO
CONTINUE DISPOSITIVE MOTION
FILING DEADLINE -2:19-cv-203-RSM
NAI-1509541401v1

1   Donald G. Grant, P.S.
    1700 Main St., Ste. 245 Washougal, WA 98671
    TEL: (360) 694-8488 FAX: (360) 694-8688
    E-MAIL: don@dongrantps.com

All Parties remining in this Action – Plaintiff Judy Yee ("Plaintiff"), Defendant Verizon New York Inc. and Defendant Verizon Wireless Services, LLC d/b/a Verizon Wireless (collectively, "Defendants") – by and through their respective counsel of record, hereby stipulate and jointly move the Court to amend the Order Re Joint Stipulation to Continue Discovery Cut-Off, Trial and All Remaining Pre-Trial Deadlines Setting Trial and Related Dates (Dkt #55), entered on October 25, 2019, 2019 ("Scheduling Order"). Former Defendant Equifax Information Services, LLC was dismissed from this action with prejudice on October 21, 2019 (Dkt #53); and former Defendant Experian Information Solutions, Inc. was dismissed from this action with prejudice on February 5, 2020 (Dkt #60).

Good cause exists to modify the Scheduling Order because the Parties have agreed to conduct a mediation on March 11, 2020 before Margo Keller of the Washington Arbitration and Mediation Service. The Parties believe that settlement will be more likely to occur at mediation if (1) Defendants' deadline for bringing their Motion for Summary Judgment is continued until after the parties' mediation; and (2) the Parties postpone expert depositions until after the mediation.

This Court previously continued all pretrial deadlines to their current dates on the Parties' prior stipulation (*see* Dkt #55), which amended the initial Scheduling Order (Dkt #27). The Parties agree that at this point in time, a continuance of any other trial or pre-trial deadlines is unnecessary. Accordingly, the Parties respectfully request that only their dispositive motion deadline be continued as follows, with all other deadlines remaining the same:

JOINT STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE -2:19-cv-203-RSM
NAI-1509541401v1

2

Donald G. Grant, P.S.
1700 Main St., Ste. 245 Washougal, WA 98671
TEL: (360) 694-8488 FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | Mar. 7, 2020 | Mar. 31, 2020 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | Apr. 21, 2020 | Same |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | May 8, 2020 | Same |
| Agreed pretrial order due | May 25, 2020 | Same |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | June 1, 2020 | Same |
| Jury trial date | June 8, 2020 | Same |

**IT IS SO STIPULATED**

JOINT STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE -2:19-cv-203-RSM
NAI-1509541401v1

3

Donald G. Grant, P.S.
1700 Main St., Ste. 245 Washougal, WA 98671
TEL: (360) 694-8488 FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

| | | |
|---|---|---|
| 1 | Dated: February 20, 2020 | LAW OFFICE OF SARAELLEN HUTCHISON, PLLC |
| 2 | | /s/ SaraEllen M Hutchison |
| 3 | | SaraEllen M Hutchison |
| | | 539 BROADWAY |
| 4 | | TACOMA, WA 98402 |
| 5 | | Tel.: 206-529-5195 |
| | | Fax: 253-302-8486 |
| 6 | | Email: saraellen@saraellenhutchison.com |
| 7 | | Attorneys for Plaintiff Judy Yee |
| 8 | Dated: February 20, 2020 | LAW OFFICE OF DONALD G. GRANT |
| 9 | | /s/ Donald G. Grant |
| | | Donald Gene Grant |
| 10 | | WASHOUGAL TOWN SQUARE, STE 245 |
| 11 | | 1700 MAIN STREET |
| 12 | | WASHOUGAL, WA 98671 |
| | | Tel.: 360-694-8488 |
| 13 | | Email: don@dongrantps.com |
| 14 | | Of Counsel for Defendants Verizon New York Inc. and |
| 15 | | Verizon Wireless Services, LLC, d/b/a Verizon Wireless |

## ORDER

IT IS SO ORDERED: that the deadline for filing all dispositive motions shall be extended until March 31, 2020.

DATED this 25 day of February 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION FILING DEADLINE -2:19-cv-203-RSM
NAI-1509541401v1

4

Donald G. Grant, P.S.
1700 Main St., Ste. 245 Washougal, WA 98671
TEL: (360) 694-8488 FAX: (360) 694-8688
E-MAIL: don@dongrantps.com