SaraEllen Hutchison (WSBA # 36137)  
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC  
539 Broadway  
Tacoma, WA 98402  
Telephone:    206-529-5195  
Facsimile:    253-302-8486  
Email: saraellen@saraellenhutchison.com  

*Attorney for Plaintiff, Judy Yee*

THE HONORABLE JUDGE MARTINEZ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JUDY YEE,<br><br>          Plaintiff,<br>     v.<br><br>VERIZON NEW YORK INC., a New York Corporation, VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation,<br><br>          Defendants. | NO.  2:19-cv-00203-RSM<br><br>STIPULATION AND ORDER TO DISMISS VERIZON NEW YORK INC. and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS |

Plaintiff JUDY YEE, by counsel, and Defendants VERIZON NEW YORK INC. and VERIZON WIRELESS SERVICES, LLC, d/b/a VERIZON WIRELESS (collectively "VERIZON"), by counsel, hereby stipulate and agree that all matters herein between them that

STIPULATION AND ORDER OF DISMISSAL OF VERIZON  
2:19-cv-203-RSM

1

Law Office of SaraEllen Hutchison, PLLC  
539 Broadway | Tacoma, WA 98402  
Ph (206) 529-5195 | Fax (253) 302-8486  
saraellen@saraellenhutchison.com

were made or could have been made have been compromised and settled, and that Plaintiff's cause of action against Verizon be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

Date: <u>May 6, 2020</u>   S//SaraEllen Hutchison
SARAELLEN HUTCHISON (WSBA #36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: (206) 529-5195
Facsimile: (253) 302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff Judy Yee*

Date: <u>May 6, 2020</u>   S//Brett Goodman
Brett Goodman (admitted pro hac vice)
Yu Mohandesi LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
llawrence@yumollp.com
BGOODMAN@yumollp.com
*Attorney for Verizon Defendants*

Date: <u>May 6, 2020</u>   S//Donald Grant
Donald Grant (WSBA #15480)
Donald G. Grant, P.S.
1700 Main Street, Suite 245
Washougal, WA 98671
don@dongrantps.com

STIPULATION AND ORDER OF
DISMISSAL OF VERIZON
2:19-cv-203-RSM

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

IT IS SO ORDERED.

Dated this 7th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on <u>May 7, 2020</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated May 7, 2020, at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)

STIPULATION AND ORDER OF DISMISSAL OF VERIZON
2:19-cv-203-RSM

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com